IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BEVERLY SCHULZE, *on behalf of*
*herself and all others similarly situated*,

      Plaintiffs,

    vs.

WAL-MART STORES, INC.,

      Defendant.

Case No. 16-cv-0208-SMY-SCW

**ORDER**

This matter is before the Court on the Unopposed Motion to Stay Pending Action by the Judicial Panel on Multidistrict Litigation filed by Defendant Wal-Mart (Doc. 13).    The Court DENIES the motion.

Federal Rule of Procedure of the Judicial Panel on Multi-District Litigation 2.1 provides that the pendency of a motion for transfer to the MDL "does not affect or suspend orders and pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court."  See also Manual for Complex Litigation, Federal Judicial Center, Section 20.131 ("[t]he transferor court should not automatically… postpone rulings or generally suspend further proceedings") (4th ed. 2004).

The Court finds no need to delay pre-trial procedures that will be required regardless of where the case is pending.  The Court will monitor any orders from the MDL Panel relating to this case.  Defendant's Motion to Stay is DENIED.

**IT IS SO ORDERED.**

**DATE: April 21, 2016**

                                  **s/  *Staci M. Yandle***
                                  **STACI M. YANDLE**
                                  **DISTRICT JUDGE**